# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-5798

**Case Name** McMillian, et al. v. Musk, et al.

**Counsel submitting this form** Michael E. Kenneally

**Represented party/parties** Elon Musk, X Holdings Corp., X Corp.

*Briefly describe the dispute that gave rise to this lawsuit.*

The underlying lawsuit was a putative class action under the Employee Retirement Income Security Act (ERISA) based on claims that Twitter, Inc., now X Corp., provided insufficient severance payments to former Twitter employees under an alleged post-termination benefits plan.

This appeal, however, has no direct connection to those underlying claims. Rather, the dispute giving rise to this appeal concerns the district court's order requiring defendants to file a statement listing all owners of X Holdings Corp. under N.D. California Local Civil Rule 3-15 and Federal Rule of Civil Procedure 7.1 and the district court's later order denying Defendants motion to file that statement under seal.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**   Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The sole issue in this appeal is the district court's decision to require Defendants to file a supplemental disclosure statement under Local Civil Rule 3-15 and Federal Rule 7.1 on the court's public docket rather than under seal. Defendants intend to argue that the district court's unsealing orders should be vacated because the issues became moot before Defendants had an opportunity to seek meaningful relief, for the reasons recently described by this Court in granting vacatur in materially identical circumstances in Anoke v. Twitter, Inc., No. 24-5936 (9th Cir. Aug. 4, 2025), Dkt. 34.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court's order granting Defendants' motion to dismiss the complaint's substantive ERISA claims is currently on appeal in this Court at No. 24-5045. That appeal is being held in abeyance for potential settlement of the underlying claims.

**Signature** s/ Michael E. Kenneally     **Date** 09/22/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 09/01/22*

2