**No. 25-5798**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

COURTNEY MCMILLIAN; RONALD COOPER,

*Plaintiffs-Appellees*,

v.

ELON MUSK; X HOLDINGS CORP.;
X CORP., f/k/a/ Twitter, Inc.; DOES,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California, No. 3:23-CV-03461-TLT

# MOTION TO VOLUNTARILY DISMISS APPEAL

MELISSA D. HILL
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6318
melissa.hill@morganlewis.com

SEAN K. MCMAHAN
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214.466.4102
sean.mcmahan@morganlewis.com

MICHAEL E. KENNEALLY
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave.
Washington, D.C. 20004
Telephone: 202.739.5893
michael.kenneally@morganlewis.com

JARED R. KILLEEN
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5478
jared.killeen@morganlewis.com

*Counsel for Defendants-Appellants*

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants hereby move for an order dismissing this appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: November 24, 2026

Respectfully submitted,

s/ Michael E. Kenneally

MICHAEL E. KENNEALLY
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave.
Washington, D.C. 20004
Telephone: 202.739.5893
michael.kenneally@morganlewis.com

MELISSA D. HILL
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: 212.309.6318
melissa.hill@morganlewis.com

SEAN K. MCMAHAN
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214.466.4102
sean.mcmahan@morganlewis.com

JARED R. KILLEEN
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5478
jared.killeen@morganlewis.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This document complies with the length limitation of Circuit Rule 27-1(1)(d) and Circuit Rule 32-3 because it contains 38 words, excluding the parts of the filing exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f).

This document complies with the typeface requirements of Federal Rule of Appellate Proce-dure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Times New Roman font in Microsoft Word 365.

Dated: November 24, 2026

s/ Michael E. Kenneally
MICHAEL E. KENNEALLY

*Counsel for Defendants-Appellants*